UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WILSON,<br><br>                Plaintiff,<br><br>        v.<br><br>KATHLEEN ALLISON, et al.,<br><br>                Defendants. | Case No. 22-cv-04838-JSC<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER; GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. Nos. 19, 20 |

Plaintiff, a California prisoner proceeding without an attorney, has filed a motion for a temporary restraining order for a third time.  The prior two motions were denied.  The instant motion repeats arguments from the prior two motions and does not present or cite any new evidence.  Accordingly, the motion for a third temporary restraining order is DENIED.  Plaintiff shall not file any further motions for a temporary restraining order unless he can present new evidence that warrants granting such a motion.

Good cause appearing, Defendants' motion for an extension of time in which to file a dispositive motion is GRANTED.  The motion is due on or before February 27, 2023.  The opposition is due on or before March 27, 2023.  The reply brief is due on or before April 10, 2023.

**IT IS SO ORDERED.**

Dated: December 7, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge